UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH KINDER, individually, and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>BAUER PUBLISHING CO., L.P., a Delaware partnership,<br><br>                Defendant. | Case No. 1:12-cv-12831-TLL-CEB<br><br>**STIPULATION ALLOWING PLAINTIFF TO FILE AN AMENDED COMPLAINT AND EXTENDING DEFENDANT'S DEADLINE TO RESPOND**<br><br>[Hon. Thomas L. Ludington] |

       The Stipulation is entered into by and among plaintiff Deborah Kinder ("Plaintiff") and Defendant Bauer Publishing Co., LP ("Defendant") (collectively, the "Parties"), by and through their respective counsel.

       WHEREAS, Plaintiff filed the instant putative class action against Defendant on June 27, 2012;

       WHEREAS, the Parties have met and conferred on scheduling issues, as well as Plaintiff's intention to file an amended complaint;

       WHEREAS, to conserve time and judicial resources, Defendant has agreed to allow Plaintiff to file her amended complaint within seven (7) days from the filing of this Stipulation, and Plaintiff has agreed to extend Defendant's deadline to respond to the amended complaint until October 19, 2012; and

       WHEREAS, no hearings or conferences have yet been scheduled by the Court, and thus, this stipulation does not seek to alter any previously set dates.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

       1.      Plaintiff may file an amended complaint within seven (7) days, up to and

including August 22, 2012; and

2.  Defendant's deadline to answer, move, or otherwise respond to the amended complaint is extended to October 19, 2012.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: August 16, 2012

**Deborah Kinder**

By: /s/ Christine E. Ficks
One of Plaintiff's Attorneys

Chrstine E. Ficks
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Tel: (313) 393-7561
cficks@bodmanlaw.com

Jay Edelson*
Rafey S. Balabanian*
Ari J. Scharg*
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
jedelson@edelson.com
rbalabanian@edelson.com
ascharg@edelson.com
*Pro hac vice admission pending

*Counsel for Plaintiff Deborah Kinder*

Dated: August 16, 2012

**Bauer Publishing Co., L.P.**

By: /s/ Herschel P. Fink
One of Defendant's Attorneys

Herschel P. Fink
HONIGMAN MILLER SCHWARTZ AND COHN LLP
2290 First National Building

660 Woodward Avenue
Detroit, Michigan 48226
Tel: (313) 465-7400
hpf@honigman.com

*Counsel for Defendant Bauer Publishing Co., LP*