# GROUP EXHIBIT 1

✪ Start   ✪ Results   ✪ Data Card   ✪ Request   ✪ Finished

# WOMANS WORLD Mailing List

Published by Bauer Publishing. Professional and Working Mothers Woman's World caters to the traditional family- oriented woman. It delivers a feel-good mix of heart warming human-interest stories and practical everyday solutions. Each issue provides a well-rounded blend of inspirational and down-to-earth advice that enlightens, empowers and entertains the reader. Subscribers gravitate towards Woman's World because it identifies the joys and pains of the modern woman and offers insight, support and helpful services to help subscribers feel their best, look their best and make the most of their relationships.

| Get Count | Get Pricing | Get More Information |

| SEGMENTS | COUNTS THROUGH | | |
|---|---|---|---|
| 373,192 TOTAL UNIVERSE / BASE RATE | $105.00/M | POPULARITY: | ▪▪▪▪ 98 |
| CATALOG RATE | $80.00/M | MARKET: | CONSUMER |
| EXPIRES | $75.00/M | CHANNELS: | ✉ |
| FUNDRAISING RATE | $75.00/M | SOURCE: | DIRECT MAIL |
| 373,192 SUBSCRIBERS | $105.00/M | PRIVACY: | UNKNOWN |
| | | DMA7: | YES - MEMBER |
| | | STATUS: | STANDARD PROVIDER |
| | | GEO: | USA |
| | | GENDER: | 94% FEMALE 6% MALE |

**DESCRIPTION**

Published by Bauer Publishing.

Professional and Working Mothers

Woman's World caters to the traditional family-oriented woman.  It delivers a feel-good mix of heart warming human-interest stories and practical everyday solutions.  Each issue provides a well-rounded blend of inspirational and down-to-earth advice that enlightens, empowers and entertains the reader.  Subscribers gravitate towards Woman's World because it identifies the joys and pains of the modern woman and offers insight, support and helpful services to help subscribers feel their best, look their best and make the most of their relationships.

The Woman's World Magazine list consists of women who are interested in such topics as: Self-improvement, cooking, health & fitness, beauty products and offers, food & nutrition, home decor & gardening, parenting & children, travel & leisure, entertainment, arts & crafts and much more.  These women are also buyers of other similar magazines for information and guidance on how to improve the quality of life for themselves and their families.  These female readers are very responsive.

| SELECTS | |
|---|---|
| ACTIVE SUBSCRIBERS | NO CHARGE |
| AGE | NO CHARGE |
| AREA OF INTEREST | NO CHARGE |
| CHANGE OF ADDRESS | NO CHARGE |
| CHILDS AGE | NO CHARGE |
| CONTRIBUTORS/DONORS | NO CHARGE |
| ETHNIC/ETHNICITY | NO CHARGE |
| FORMER/EXPIRED SUBS | NO CHARGE |
| GENDER/SEX | NO CHARGE |
| GENDER/SEX OF CHILD | NO CHARGE |
| HOTLINE | NO CHARGE |
| INCOME SELECT | NO CHARGE |
| LIFESTYLE | NO CHARGE |
| MAIL ORDER BUYERS | NO CHARGE |
| NUMBER OF CHILDREN | NO CHARGE |
| ONE NAME PER LOCATION | NO CHARGE |
| PRESENCE OF CHILD | NO CHARGE |
| RECENCY | NO CHARGE |
| SCF | NO CHARGE |
| SOURCE | NO CHARGE |
| STATE | NO CHARGE |
| ZIP | NO CHARGE |
| ADDRESSING | |

Woman's World Profile:

Median age 48.1

Median household income $51,319

Presence of children 42.8%

Employed full-time 51.3%

Rush:  Less than 48 hours

Re-uses must be submitted for clearance prior to mailings.

A $50/F fee incurred on canceled orders.  This fee is in addition to any applicable run charges $12.50/M, and processing fees.  Orders canceled after mail date are due in full.

Reference:  M122281

Updated monthly.

LAST UPDATE:  05/09/2011

NEXT UPDATE:  09/05/2011

**ADDRESSING**

| | |
|---|---|
| KEY CODING | $3.00/M |
| EMAIL DELIVERY (FLAT FEE) | $75.00/L |
| FUNDRAISING/NON-PROFIT KEYING | $3.00/M |
| MODEM/FTP/BBS (FLAT FEE) | $75.00/L |
| REUSE | |
| RUSH FEE (FLAT FEE) | $200.00/L |
| SHIPPING/HANDLING (FLAT) | $75.00/M |
| ZIP TAPE (FLAT FEE) | $50.00/L |

**RELATED LISTS**

- WALTER DRAKE MASTERFILE
- MILES KIMBALL MASTERFILE
- VERMONT COUNTRY STORE MASTERFILE
- PARALYZED VETERANS OF AMERICA PREMIUM DONOR MASTERFILE
- BOOKSPAN GARDEN CITY MASTERFILE
- BOOKSPAN GARDEN CITY DOUBLEDAY LARGE PRINT
- INTERNATIONAL MASTERS PUBLISHERS MASTERFILE
- READER'S DIGEST
- THANE DRTV BUYERS
- BIOTECH RESEARCH MASTERFILE

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #188034 or click here to place your request.
- 5,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- NET NAME IS NOT ALLOWED
- EXCHANGE IS NOT AVAILABLE
- REUSE IS NOT AVAILABLE
- CANCELLATION FEE AT $50.00/F

| Get Count | Get Pricing | Get More Information |



Start   Results   Data Card   Request   Finished

# BAUER PUBLISHING PARENT SUBSCRIBERS MASTERFILE Mailing List

Parent Subscriber's Masterfile The Bauer Publishing Parent Subscribers Masterfile consists of subscribers to the top women's and entertainment titles including: First for Women, Life & Style Weekly, In Touch Weekly, Women's World, and Soaps in Depth. In addition, the parents of the children and teens who subscribe to M, J-14 and Twist are also included in this list.

[ Get Count ]   [ Get Pricing ]   [ Get More Information ]

SEGMENTS          COUNTS THROUGH 05/09/2011

| | | |
|---|---|---|
| 728,142 | TOTAL UNIVERSE / BASE RATE (ALL ORDERS) | $100.00/M |
| | CATALOG RATE | $80.00/M |
| | COUNTS THRU 05/09/2011 | |
| | EXPIRES | $75.00/M |
| | FUNDRAISING RATE | $75.00/M |
| | LIFESTYLE/INTEREST | + $18.00/M |
| 728,142 | SUBCRIBERS | $100.00/M |

**DESCRIPTION**

Parent Subscriber's Masterfile

The Bauer Publishing Parent Subscribers Masterfile consists of subscribers to the top women's and entertainment titles including: First for Women, Life & Style Weekly, In Touch Weekly, Women's World, and Soaps in Depth.  In addition, the parents of the children and teens who subscribe to M, J-14 and Twist are also included in this list.

These savvy parents are seeking items that will not only keep their families happy and healthy, but up to date on the latest trends as well.  These parents are seeking everything from educational materials to magazines, toys and clothing to enhance their children's lives.

These active, growing families are buying their first homes, establishing their careers, raising children, saving for their children's education, and planning family vacations. They purchase a variety of goods and services, which meet their immediate needs and enrich their leisure time.

Subscriber Profile:

| | |
|---|---|
| POPULARITY: | 91 |
| MARKET: | CONSUMER |
| CHANNELS: | |
| SOURCE: | DIRECT MAIL |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 95% FEMALE |
| SPENDING: | $17.00 AVERAGE ORDER |

**SELECTS**

| | |
|---|---|
| ACTIVE SUBSCRIBERS | |
| AGE | $15.00/M |
| AREA OF INTEREST | $18.00/M |
| CHANGE OF ADDRESS | $15.00/M |
| CHILDS AGE | $15.00/M |
| CONTRIBUTORS/DONORS | $10.00/M |
| FORMER/EXPIRED SUBS | |
| GENDER/SEX | $12.00/M |
| GENDER/SEX OF CHILD | $10.00/M |
| HOTLINE | $17.00/M |
| INCOME SELECT | $15.00/M |
| LIFESTYLE | $18.00/M |
| MAIL ORDER BUYERS | $10.00/M |
| NUMBER OF CHILDREN | $10.00/M |
| ONE NAME PER LOCATION | $10.00/M |
| PRESENCE OF CHILD | $10.00/M |
| RECENCY | $17.00/M |
| RELIGION/RELIGIOUS | $10.00/M |
| SCF | $10.00/M |
| SOURCE | $10.00/M |
| STATE | $10.00/M |
| ZIP | $10.00/M |

**ADDRESSING**

| | |
|---|---|
| KEY CODING | $3.00/M |
| EMAIL DELIVERY (FLAT FEE) | $75.00/L |
| FUNDRAISING/NON-PROFIT | |
| KEYING | $3.00/M |
| MODEM/FTP/BBS (FLAT FEE) | $75.00/L |
| REUSE | |
| RUSH FEE (FLAT FEE) | $200.00/L |
| SHIPPING/HANDLING (FLAT) | $75.00/M |
| ZIP TAPE (FLAT FEE) | $50.00/L |

**RELATED LISTS**

- PARENTS MAGAZINE
- PARENTING SCHOOL YEARS
- PARENTING EARLY YEARS
- ZOOBOOKS

Average Age 39
Avg. Household Income 50,741
Presence of Children 61%
Employed 55%
Married 54%
College Educated 64%

Rush:  Less than 48 hours

Re-uses must be submitted for clearance prior to mailings.

A $50/F fee incurred on canceled orders.  This fee is in addition to any applicable run charges $12.50/M, and processing fees.  Orders canceled after mail date are due in full.

Updated monthly.

LAST UPDATE:  05/09/2011
NEXT UPDATE:  09/05/2011

- REAL SIMPLE KIDS
- BARNEYS NEW YORK ENHANCED
- CWDKIDS
- NORTH AMERICAN AFFINITY CLUBS ENHANCED DATABASE
- BABYTALK
- BONNIER CORPORATION ENHANCED MASTERFILE

**ORDERING INSTRUCTIONS**
- To order this list, contact your List Broker and ask for NextMark List ID #188024 or click here to place your request.
- 5,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- NET NAME IS NOT ALLOWED
- EXCHANGE IS NOT AVAILABLE
- REUSE IS NOT AVAILABLE
- CANCELLATION FEE AT $50.00/F

| Get Count | Get Pricing | Get More Information |

NextMark: Reach Your Market
X

**Login To Your Account**

Email [＿＿＿＿] Password [＿＿＿＿] Forgot your password?
(Login) Not a member? Register today

Contact Us Client Login
Call Today! 1 (603) 643-1307

- Media Planning
  - Multi-Channel Media Planner
  - Digital Media Planner
  - Mailing List Finder
  - Media Magnet
- Media Operations
  - Overview
  - Lists
  - Inserts
  - Digital Media
- Media Sales
  - Overview
  - Publish Data Cards
  - Drive Site Traffic
  - Promote in E-mail
  - Become Preferred
  - On Top Search Results
  - Get Sales Leads
  - Compass
- About Us
  - Overview
  - About NextMark
  - News
  - Statistics
  - Accolades
  - Executive Team
  - FAQs
  - Contact Us
  - Jobs
- Blog

Search [Search Site]

- NextMark Website
- All Media
- Postal Lists
- Telephone Lists
- Package Insert Programs
- Email Lists
- SMS Text Programs
- Mobile Display Programs
- Online Display Programs
- Directory of Providers
- Glossary

# Find Media

## BAUER PUBLISHING AVID READERS

Women with Literary Interests The Bauer Publishing Avid Readers list targets intelligent women who take time out of their day for personal enrichment through reading. These literate consumers buy books or magazines on a variety of subjects from fine literary works of art to books on virtually any specific topic of interest.

(Get Count) (Get Pricing) (Get More Information)

| SEGMENTS | COUNTS THRU 05/09/2011 |
|---|---|
| 226,275 TOTAL UNIVERSE / BASE RATE | 105.00/M |

| | |
|---|---|
| 0 (all orders) | 0.00/ |
| 226,275 Avid Readers | 105.00/M |
| 0 Counts Thru 05/09/2011 | 0.00/ |
| 0 Expire Rate | 75.00/M |
| 0 Lifestyle/Interest | + 18.00/M |

## DESCRIPTION

Women with Literary Interests

The Bauer Publishing Avid Readers list targets
intelligent women who take time out of their
day for personal enrichment through reading.
These literate consumers buy books or
magazines on a variety of subjects from fine
literary works of art to books on virtually
any specific topic of interest.

These educated readers ranging in ages from
their 20's to their 50's, are family oriented,
professional women who spend their
discretionary income on a variety of products
and services that help them feel glamorous,
improve their health and keep their families
happy.

Bauer Publishing, the #1 seller of magazines
on the newsstands, publishes the top women's
and entertainment titles including: In Touch
Weekly, Life & Style Weekly, Woman's World,
First For Women, and Soaps in Depth.

Subscriber Profile:
Average age 39
$50,741 Avg household income
61% Presence of children
55% Employed
54% Married
64% College educated

Rush:  Less than 48 hours

Re-uses must be submitted for clearance prior to
mailings.

A $50/F fee incurred on canceled orders.  This
fee is in addition to any applicable run
charges $12.50/M, and processing fees.  Orders
canceled after mail date are due in full.
Reference:  M122281

Updated monthly.

LAST UPDATE:  05/09/2011
NEXT UPDATE:  09/05/2011

## ORDERING INSTRUCTIONS

- All prices displayed are USD.
- To order, ask your media planner for NextMark ID# 196594 or click here to place your request.

POPULARITY: ▄▄▄▄▄
MARKET:    CONSUMER
CHANNELS:  ✉
SOURCE:    Other

GEO:          US

**SELECTS**

| | |
|---|---|
| Former/Expired Subs | 0.00/M |
| Hotline | 17.00/M |
| Mail Order Buyers | 10.00/M |
| Gender/Sex | 12.00/M |
| Gender/Sex of Child | 10.00/M |
| Age | 15.00/M |
| Childs Age | 15.00/M |
| Ethnic/Ethnicity | 10.00/M |
| Income Select | 15.00/M |
| One Name per Location | 10.00/M |
| Lifestyle | 18.00/M |
| Presence of Child | 10.00/M |
| Contributors/Donors | 10.00/M |
| Number of Children | 10.00/M |
| Change of Address | 15.00/M |
| SCF | 10.00/M |
| State | 10.00/M |
| Zip | 10.00/M |
| Recency | 17.00/M |
| Area of Interest | 18.00/M |
| Source | 10.00/M |

**ADDRESSING**

| | |
|---|---|
| Shipping/Handling (flat) | 75.00/M |
| Modem/FTP/BBS (flat fee) | 75.00/L |
| Rush Fee (flat fee) | 200.00/L |
| Email Delivery (flat fee) | 75.00/L |
| Keying | 3.00/M |
| Zip Tape (flat fee) | 50.00/L |
| Reuse | NO CHARGE |

**RELATED MEDIA**

coming soon.

( Get Count ) ( Get Pricing ) ( Get More Information )
Get free trial

# Smarter Media Planning

**The tools you need to be a successful media planner.**

The only system that covers all addressable media, both online and offline.

## NextMark

- About Us
- About NextMark
- News
- Statistics
- Accolades
- Executive Team
- FAQs
- Contact Us
- Jobs
- Blog

## All Your Media Solutions

Contact Us! 1 (603) 643-1307

- **Media Finder**

- Overview
- Search Now
- Upgrade to Pro
- Mobile Edition
- Browser Plug-ins
- A+ Lead Finder
- MediaPulse Newsletter

- **Media Planning**
  - Overview
  - Multi-Channel Media Planner
  - Demonstrations
  - Testimonials
  - API
  - Pricing
  - Free Trial

- **Media Operations**
  - Overview
  - Lists
  - Inserts
  - Digital Media
  - Dependable Systems
  - Pricing
  - Free Trial

- **Media Sales**
  - Overview
  - Publish Data Cards
  - Create HD Data Cards
  - Drive Site Traffic
  - Promote in E-mail
  - Become Preferred
  - On Top Search Results
  - Get Sales Leads
  - Compass

- Resources
  - Overview
  - Marketing Glossary
  - Provider Directory
  - Expert Articles
  - Educate Your Students
  - Educate Your Staff
  - Bookstore

Member of
- Direct Marketing Association
- Better Business Bureau
- Networking & Education for Direct Marketers
- The Direct Marketing Club of New York
- Interactive Advertising Bureau
- VT/NH Marketing Group

©2012 NextMark, Inc. Terms of Use.

?>

Start   Results   Data Card   Request   Finished

# LIFE AND STYLE WEEKLY Mailing List

Published by Bauer Publishing. The Latest Celebrity News Life & Style Weekly features the latest Hollywood fashion, beauty, and lifestyle trends merged with celebrity news and shopping. Each issue celebrates and showcases celebrity lifestyle and help readers incorporate the trends into their own lives with timely and engaging shopping features. Life & Style Weekly is the first style magazine that highlights cutting edge fashion trends amongst Hollywood stars.

| Get Count | Get Pricing | Get More Information |

| SEGMENTS | | COUNTS THROUGH | | POPULARITY: | ▦▦▦▦ 92 |
|---|---|---|---|---|---|
| 94,011 TOTAL UNIVERSE / BASE RATE | | $105.00/M | | MARKET: | CONSUMER |
| CATALOG RATE | | $80.00/M | | CHANNELS: | ▦▦ |
| COUNTS THRU 05/09/2011 | | | | SOURCE: | DIRECT MAIL |
| EXPIRES | | $75.00/M | | PRIVACY: | UNKNOWN |
| FUNDRAISING RATE | | $75.00/M | | DMA?: | YES - MEMBER |
| 94,011 SUBSCRIBERS | | $105.00/M | | STATUS: | STANDARD PROVIDER |
| | | | | GEO: | USA |
| | | | | GENDER: | 82% FEMALE 18% MALE |

**DESCRIPTION**

Published by Bauer Publishing.

The Latest Celebrity News

Life & Style Weekly features the latest Hollywood fashion, beauty, and lifestyle trends merged with celebrity news and shopping. Each issue celebrates and showcases celebrity lifestyle and help readers incorporate the trends into their own lives with timely and engaging shopping features. Life & Style Weekly is the first style magazine that highlights cutting edge fashion trends amongst Hollywood stars.

Subscribers are young, educated women who are crazy about celebrities and shopping. She's positive, confident and a trendsetter among her peers. Her passion for shopping keeps her coming back to Life & Style every week to uncover the hottest products in stores, now. Life & Style Weekly Magazine list consists of young consumers with discretionary income to spend on product and services that will enhance their leisure-time activities and duplicate the lifestyles of their beloved celebrities.

Life & Style Weekly Profile:

| | |
|---|---|
| SPENDING: | $78.00 AVERAGE ORDER |
| **SELECTS** | |
| ACTIVE SUBSCRIBERS | |
| AGE | $15.00/M |
| AREA OF INTEREST | $18.00/M |
| CHANGE OF ADDRESS | $15.00/M |
| CHILDS AGE | $15.00/M |
| CONTRIBUTORS/DONORS | $10.00/M |
| ETHNIC/ETHNICITY | $10.00/M |
| FORMER/EXPIRED SUBS | |
| GENDER/SEX | $12.00/M |
| GENDER/SEX OF CHILD | $10.00/M |
| HOTLINE | $17.00/M |
| INCOME SELECT | $15.00/M |
| LIFESTYLE | $18.00/M |
| MAIL ORDER BUYERS | $10.00/M |
| NUMBER OF CHILDREN | $10.00/M |
| ONE NAME PER LOCATION | $10.00/M |
| PRESENCE OF CHILD | $10.00/M |
| RECENCY | $17.00/M |
| SCF | $10.00/M |
| SOURCE | $10.00/M |
| STATE | $10.00/M |
| ZIP | $10.00/M |
| **ADDRESSING** | |
| KEY CODING | $3.00/M |
| EMAIL DELIVERY (FLAT FEE) | $75.00/L |
| FUNDRAISING/NON-PROFIT | |
| KEYING | $3.00/M |
| MODEM/FTP/BBS (FLAT FEE) | $75.00/L |
| REUSE | |
| RUSH FEE (FLAT FEE) | $200.00/L |
| SHIPPING/HANDLING (FLAT) | $75.00/L |
| ZIP TAPE (FLAT FEE) | $50.00/L |

**RELATED LISTS**
- IN TOUCH WEEKLY
- ENTERTAINMENT WEEKLY
- INTERVIEW

Median Age 31
Median household income $62,183

Rush:  Less than 48 hours

Re-uses must be submitted for clearance prior to
mailings.

A $50/F fee incurred on canceled orders.  This
fee is in addition to any applicable run
charge $12.50/M, and processing fees.  Orders
canceled after mail date are due in full.
Reference:  M122281

Updated monthly.

LAST UPDATE:  05/09/2011
NEXT UPDATE:  09/05/2011

- PEOPLE
- STAR
- INSTYLE
- NEW YORK MAGAZINE
- NATIONAL ENQUIRER
- MARIE CLAIRE
- TIME STYLE & DESIGN

**ORDERING INSTRUCTIONS**
- To order this list, contact your List Broker and ask for NextMark List ID #188031 or click here to place your request.
- 5,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- NET NAME IS NOT ALLOWED
- EXCHANGE IS NOT AVAILABLE
- REUSE IS NOT AVAILABLE
- CANCELLATION FEE AT $50.00/F

| Get Count | Get Pricing | Get More Information |

⊕ Start   ⊕ Results  ⊕ Data Card  ⊕ Request   ⊕ Finished

# IN TOUCH WEEKLY Mailing List

Published by Bauer Publishing. America's Weekly Excursion Into the World of Celebrity In Touch Weekly is America's weekly excursion into the world of celebrity. It is a fast paced, picture driven, upbeat magazine that instead of focusing on real-life stories, really focuses on celebrities and their lifestyles and makes it accessible to all readers. With eye catching photography and accurate reporting, it is quickly becoming one of the fastest growing magazine on newsstands today. In Touch Weekly also provides fun, informative coverage of celebrity fashion, beauty, health, home, relationships and lifestyle that will keep you entertained from cover to cover. In Touch Weekly magazine appeals to the young educated adult interested in the latest styles, fashion, trends, products and newest relationships of the celebrities. These individuals are in their 20's and 30's and they want to keep in touch with the hottest celebrity gossip. They are intelligent, ethnically diverse, techno-savvy, brand conscious and spend their money on more than just fashion. These individuals belong to a young consumer audience with discretionary income to spend on products and services that will enhance their leisure-time activities. They are interested in products that will enhance their own personal level of enjoyment and entertainment.

| Get Count | Get Pricing | Get More Information |

| SEGMENTS | COUNTS THROUGH | | POPULARITY: ▪▪▪▪ 95 |
| --- | --- | --- | --- |
| 364,676 TOTAL UNIVERSE / BASE RATE | $105.00/M | MARKET: | CONSUMER |
| CATALOG RATE | $80.00/M | CHANNELS: | ✉ |
| COUNTS THRU 05/09/2011 | | SOURCE: | DIRECT MAIL |
| EXPIRES | $75.00/M | PRIVACY: | UNKNOWN |
| FUNDRAISING RATE | $75.00/M | DMA?: | YES - MEMBER |
| 364,676 SUBSCRIBERS | $105.00/M | STATUS: | STANDARD PROVIDER |
| DESCRIPTION | | GEO: | USA |
| | | GENDER: | 83% FEMALE 17% MALE |

Published by Bauer Publishing.

America's Weekly Excursion Into the World of Celebrity

In Touch Weekly is America's weekly excursion into the world of celebrity.  It is a fast paced, picture driven, upbeat magazine that instead of focusing on real-life stories, really focuses on celebrities and their lifestyles and makes it accessible to all readers.  With eye catching photography, and accurate reporting, it is quickly becoming one of the fastest growing magazine on newsstands today. In Touch Weekly also provides fun, informative coverage of celebrity fashion, beauty, health, home, relationships and lifestyle that will keep you entertained from cover to cover.

In Touch Weekly magazine appeals to the young educated adult interested in the latest

| | |
| --- | --- |
| SPENDING: | $78.00 AVERAGE ORDER |
| **SELECTS** | |
| ACTIVE SUBSCRIBERS | |
| AGE | $15.00/M |
| AREA OF INTEREST | $18.00/M |
| CHANGE OF ADDRESS | $15.00/M |
| CHILDS AGE | $15.00/M |
| CONTRIBUTORS/DONORS | $10.00/M |
| ETHNIC/ETHNICITY | $10.00/M |
| FORMER/EXPIRED SUBS | |
| GENDER/SEX | $12.00/M |
| GENDER/SEX OF CHILD | $10.00/M |
| HOTLINE | $17.00/M |
| INCOME SELECT | $15.00/M |
| LIFESTYLE | $18.00/M |
| MAIL ORDER BUYERS | $10.00/M |
| NUMBER OF CHILDREN | $10.00/M |
| ONE NAME PER LOCATION | $10.00/M |
| PRESENCE OF CHILD | $10.00/M |
| RECENCY | $17.00/M |
| SCF | $10.00/M |
| SOURCE | $10.00/M |
| STATE | $10.00/M |
| ZIP | $10.00/M |
| **ADDRESSING** | |
| KEY CODING | $3.00/M |
| EMAIL DELIVERY (FLAT FEE) | $75.00/L |
| FUNDRAISING/NON-PROFIT KEYING | $3.00/M |

styles, fashion, trends, products and newest
relationships of the celebrities.  These
individuals are in their 20's and 30's and
they want to keep in touch with the hottest
celebrity gossip.  They are intelligent,
ethnically diverse, techno-savvy, brand
conscious and spend their money on more than
just fashion.

These individuals belong to a young consumer
audience with discretionary income to spend on
products and services that will enhance their
leisure-time activities.  They are interested
in products that will enhance their own
personal level of enjoyment and entertainment.


In Touch Weekly Profile:
Median age 30
Median household income 65,742
Married 42%
Attended college 63%
Employed Women 61


Rush:  Less than 48 hours


Re-uses must be submitted for clearance prior to
mailings.


A $50/F fee incurred on canceled orders.  This
fee is in addition to any applicable run
charges $12.50/M, and processing fees.  Orders
canceled after mail date are due in full.


Reference:  M122281


Updated monthly.


LAST UPDATE:  05/09/2011
NEXT UPDATE:  09/05/2011

| | |
|---|---|
| MODEM/FTP/BBS (FLAT FEE) | $75.00/L |
| REUSE | |
| RUSH FEE (FLAT FEE) | $200.00/L |
| SHIPPING/HANDLING (FLAT) | $75.00/M |
| ZIP TAPE (FLAT FEE) | $50.00/L |

**RELATED LISTS**
- MARIE CLAIRE
- HARPERS BAZAAR
- INTERVIEW
- PEOPLE
- INSTYLE
- STAR
- ENTERTAINMENT WEEKLY
- LIFE AND STYLE WEEKLY
- SHAPE
- COSMOPOLITAN

**ORDERING INSTRUCTIONS**
- To order this list, contact your List Broker and ask for NextMark List ID #188029 or click here to place your request.
- 5,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- NET NAME IS NOT ALLOWED
- EXCHANGE IS NOT AVAILABLE
- REUSE IS NOT AVAILABLE
- CANCELLATION FEE AT $50.00/F

Get Count | Get Pricing | Get More Information


Start   Results   Data Card   Request   Finished

# ABC SOAPS IN DEPTH Mailing List

Published by Bauer Publishing. The Only Network-Loyal Soap Digest ABC Soaps in Depth is the only network-loyal digest-sized fan magazine in the United States. The dynamic women who subscribe to this publication are the main purchasers in their homes of products that not only make them feel glamorous, but also keep their families happy such as clothing, electronics, gardening products, health and beauty products, home decor, magazines, luxury items, travel and much more. ABC Soaps in Depth is a digest-sized magazine devoted to the daytime dramas presented on the ABC Network (All My Children, General Hospital, One Life to Live, and Port Charles).

| Get Count | Get Pricing | Get More Information |
|---|---|---|

| SEGMENTS | COUNTS THROUGH |
|---|---|
| 240,414 TOTAL UNIVERSE / BASE RATE | $105.00/M |
| CATALOG RATE | $80.00/M |
| EXPIRES | $75.00/M |
| FUNDRAISING RATE | $75.00/M |
| 240,414 SUBSCRIBERS | $105.00/M |

**DESCRIPTION**

Published by Bauer Publishing.

The Only Network-Loyal Soap Digest

ABC Soaps in Depth is the only network-loyal digest-sized fan magazine in the United States. The dynamic women who subscribe to this publication are the main purchasers in their homes of products that not only make them feel glamorous, but also keep their families happy such as clothing, electronics, gardening products, health and beauty products, home decor, magazines, luxury items, travel and much more.

ABC Soaps in Depth is a digest-sized magazine devoted to the daytime dramas presented on the ABC Network (All My Children, General Hospital, One Life to Live, and Port Charles).

ABC Soaps in Depth Profile:
Average age 46.6
$50,600 Median HHI
65% Presence of children
54% Employed

Rush:   Less than 48 hours

| | |
|---|---|
| POPULARITY: | 78 |
| MARKET: | CONSUMER |
| CHANNELS: | |
| SOURCE: | DIRECT MAIL |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 98% FEMALE 2% MALE |
| SPENDING: | $36.00 AVERAGE ORDER |

**SELECTS**

| | |
|---|---|
| ACTIVE SUBSCRIBERS | |
| AGE | $15.00/M |
| AREA OF INTEREST | $18.00/M |
| CHANGE OF ADDRESS | $15.00/M |
| CHILDS AGE | $15.00/M |
| CONTRIBUTORS/DONORS | $10.00/M |
| ETHNIC/ETHNICITY | $10.00/M |
| FORMER/EXPIRED SUBS | |
| GENDER/SEX | $12.00/M |
| GENDER/SEX OF CHILD | $10.00/M |
| HOTLINE | $17.00/M |
| INCOME SELECT | $15.00/M |
| LIFESTYLE | $18.00/M |
| MAIL ORDER BUYERS | $10.00/M |
| NUMBER OF CHILDREN | $10.00/M |
| ONE NAME PER LOCATION | $10.00/M |
| PRESENCE OF CHILD | $10.00/M |
| RECENCY | $17.00/M |
| SCF | $10.00/M |
| SOURCE | $10.00/M |
| STATE | $10.00/M |
| ZIP | $10.00/M |

**ADDRESSING**

| | |
|---|---|
| KEY CODING | $3.00/M |
| EMAIL DELIVERY (FLAT FEE) | $75.00/L |
| FUNDRAISING/NON-PROFIT KEYING | $3.00/M |
| MODEM/FTP/BBS (FLAT FEE) | $75.00/L |

**REUSE**

| | |
|---|---|
| RUSH FEE (FLAT FEE) | $200.00/L |
| SHIPPING/HANDLING (FLAT) | $75.00/M |
| ZIP TAPE (FLAT FEE) | $50.00/L |

**RELATED LISTS**

TV GUIDE

Re-uses must be submitted for clearance prior to mailings.

A $50/F fee incurred on canceled orders.  This fee is in addition to any applicable run charge $12.50/M, and processing fees.  Orders canceled after mail date are due in full.

Reference:  M122281

Updated monthly.

LAST UPDATE:  05/09/2011
NEXT UPDATE:  09/05/2011

- BRADFORD GROUP - COLLECTORS GROUP MASTERFILE
- READER'S DIGEST
- REDBOOK
- IN TOUCH WEEKLY
- HARRIET CARTER MASTERFILE
- CAROL WRIGHT GIFTS CATALOG BUYERS
- NEW YORK MAGAZINE
- ORIENTAL TRADING COMPANY
- STAR

**ORDERING INSTRUCTIONS**

- To order this list, contact your List Broker and ask for NextMark List ID #188026 or click here to place your request.
- 5,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- NET NAME IS NOT ALLOWED
- EXCHANGE IS NOT AVAILABLE
- REUSE IS NOT AVAILABLE
- CANCELLATION FEE AT $50.00/F

| Get Count | Get Pricing | Get More Information |

NextMark: Reach Your Market
X

**Login To Your Account**

Email [＿＿＿＿＿] Password [＿＿＿＿＿] Forgot your password?

(Login) Not a member? Register today

Contact Us Client Login
Call Today! 1 (603) 643-1307

- Media Planning
  - Multi-Channel Media Planner
  - Digital Media Planner
  - Mailing List Finder
  - Media Magnet
- Media Operations
  - Overview
  - Lists
  - Inserts
  - Digital Media
- Media Sales
  - Overview
  - Publish Data Cards
  - Drive Site Traffic
  - Promote in E-mail
  - Become Preferred
  - On Top Search Results
  - Get Sales Leads
  - Compass
- About Us
  - Overview
  - About NextMark
  - News
  - Statistics
  - Accolades
  - Executive Team
  - FAQs
  - Contact Us
  - Jobs
- Blog

Search [Search Site]

- NextMark Website
- All Media
- Postal Lists
- Telephone Lists
- Package Insert Programs
- Email Lists
- SMS Text Programs
- Mobile Display Programs
- Online Display Programs
- Directory of Providers
- Glossary

# Find Media

## CBS SOAPS IN DEPTH

Published by Bauer Publishing. The Only Network-Loyal Soap Digest CBS Soaps in Depth is the only network loyal digest-sized fan magazine in the United States. These dynamic women who subscribe to this publication are the main purchasers in their homes of products that not only make them feel glamorous, but also keep their families happy such as clothing, electronics, gardening products, health and beauty products, home decor, magazines, luxury items, travel and much more. CBS Soaps in Depth is a digest-sized magazine devoted exclusively to the daytime dramas presented on the CBS Network (As The World Turns, The Bold and The Beautiful, Guiding Light, and The Young and The Restless).

Get Count  Get Pricing  Get More Information

| SEGMENTS | COUNTS THRU 05/09/2011 |
|---|---|
| 229,818 TOTAL UNIVERSE / BASE RATE | 105.00/M |
| 0 Catalog Rate | 80.00/M |
| 0 Counts Thru 05/09/2011 | 0.00/M |
| 0 Expires | 75.00/M |
| 0 Fundraising Rate | 75.00/M |
| 228,777 Subscribers | 105.00/M |

**DESCRIPTION**

DELETED 05/12/2009 PER JENNIFER HOAGLAND NO LONGER MNG @ WORLDATA- LAST CONFIRMED 03/20/2009

Collectors Who Spend Hours Watching TV

The collectors list from TV Guide contains collectors of everything from coins, stamps, antiques, baseball cards and much more. These individuals are passionate about their collections and utilize the TV, Internet and other media to find the items they love. These conservative collectors watch TV to find auctions, art exhibits, car shows and other events to purchase desirable items. Whether a hobby or investment, the subscribers from the TV Guide Collectors file consistently collect items that are precious to them.

TV Guide consists of today's busy viewers that want the scoop on the newest TV shows and latest lowdown on the actors and episodes. These subscribers are passionate about their favorite shows, characters, and stars. The brand new bigger, bolder, and better TV Guide magazine appeals to the modern, stylish generation preoccupied with TV entertainment and its glamour. The new TV Guide is completely dedicated to television entertainment, delivered in a timely, modern and engaging weekly package. TV Guide offers more breaking news and interviews, exclusive photography, colorful and easy-to-read listings, insightful highlights and recommendations, and an abundance of new editorial features. TV Guide has been the TV reference guide for generations.

Published by Bauer Publishing.

The Only Network-Loyal Soap Digest

CBS Soaps in Depth is the only network loyal gest-sized fan magazine in the United States. These dynamic women who subscribe to this publication are the main purchasers in their homes of products that not only make them feel glamorous, but also keep their families happy such as clothing, electronics, gardening products, health and beauty products, home decor, magazines, luxury items, travel and much more.

CBS Soaps in Depth is a digest-sized magazine devoted exclusively to the daytime dramas presented on the CBS Network (As The World Turns, The Bold and The Beautiful, Guiding Light, and The Young and The Restless).

CBS Soaps in Depth Profile:
Average age 46.6
65% Presence of children
54% Employed

**ORDERING INSTRUCTIONS**

- All prices displayed are USD.
- To order, ask your media planner for NextMark ID# 188027 or click here to place your request.

POPULARITY: ■■■■■
MARKET:      CONSUMER
CHANNELS:    ▦
SOURCE:      Other
GEO:         US

**SELECTS**

| | |
|---|---|
| Active Subscribers | 0.00/M |
| Former/Expired Subs | 0.00/M |
| Hotline | 17.00/M |
| Mail Order Buyers | 10.00/M |
| Gender/Sex | 12.00/M |
| Gender/Sex of Child | 10.00/M |
| Age | 15.00/M |
| Childs Age | 15.00/M |
| Ethnic/Ethnicity | 10.00/M |
| Income Select | 15.00/M |
| One Name per Location | 10.00/M |

| | |
|---|---|
| Lifestyle | 18.00/M |
| Presence of Child | 10.00/M |
| Number of Children | 10.00/M |
| Change of Address | 15.00/M |
| SCF | 10.00/M |
| State | 10.00/M |
| Contributors/Donors | 10.00/M |
| Zip | 10.00/M |
| Recency | 17.00/M |
| Area of Interest | 18.00/M |
| Source | 10.00/M |

**ADDRESSING**

| | |
|---|---|
| Shipping/Handling (flat) | 75.00/M |
| Modem/FTP/BBS (flat fee) | 75.00/L |
| Rush Fee (flat fee) | 200.00/L |
| Email Delivery (flat fee) | 75.00/L |
| Keying | 3.00/M |
| Zip Tape (flat fee) | 50.00/L |
| Reuse | NO CHARGE |
| Fundraising/Non-Profit | NO CHARGE |

**RELATED MEDIA**

coming soon.

Get Count   Get Pricing   Get More Information
Get free trial

# Smarter Media Planning

### The tools you need to be a successful media planner.

The only system that covers all addressable media, both online and offline.

## NextMark

- About Us
- About NextMark
- News
- Statistics
- Accolades
- Executive Team
- FAQs
- Contact Us
- Jobs
- Blog

## All Your Media Solutions

Contact Us! 1 (603) 643-1307

- Media Finder

  - Overview

  - Search Now

  - Upgrade to Pro

  - Mobile Edition

  - Browser Plug-ins

  - A+ Lead Finder

- MediaPulse Newsletter
- **Media Planning**
  - Overview
  - Multi-Channel Media Planner
  - Demonstrations
  - Testimonials
  - API
  - Pricing
  - Free Trial
- **Media Operations**
  - Overview
  - Lists
  - Inserts
  - Digital Media
  - Dependable Systems
  - Pricing
  - Free Trial
- **Media Sales**
  - Overview
  - Publish Data Cards
  - Create HD Data Cards
  - Drive Site Traffic
  - Promote in E-mail
  - Become Preferred
  - On Top Search Results
  - Get Sales Leads
  - Compass
- **Resources**
  - Overview
  - Marketing Glossary
  - Provider Directory
  - Expert Articles
  - Educate Your Students

- Educate Your Staff

- Bookstore

Member of

- Direct Marketing Association
- Better Business Bureau
- Networking & Education for Direct Marketers
- The Direct Marketing Club of New York
- Interactive Advertising Bureau
- VT/NH Marketing Group

©2012 NextMark, Inc. Terms of Use.

?>