### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CINDY HALABURDA, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>  v.<br><br>BAUER PUBLISHING CO., LP, a Delaware partnership,<br><br>         Defendant. | Case No. 1:12-cv-12831-TLL-CEB<br><br>**STIPULATION TO WITHDRAW PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>[Hon. Thomas L. Ludington] |

This Stipulation is entered into by and among Plaintiff Cindy Halaburda ("Plaintiff") and Defendant Bauer Publishing Co., LP ("Defendant"), by and through their respective counsel.

WHEREAS, Plaintiff filed the amended complaint in this case on August 23, 2012 (the "Amended Complaint"). (Dkt. No. 9);

WHEREAS, at the time she filed her Amended Complaint, Plaintiff also filed a motion for class certification requesting, among other things, that the Court reserve ruling on the issue of class certification until after the Parties have had a sufficient opportunity to commence and complete discovery related to requirements of Fed. R. Civ. P. 23 for maintaining this action as a class action. (Dkt. No. 10.)

WHEREAS, hearing on Plaintiff's Motion for Class Certification is set for November 14, 2012 at 2:00 p.m. (Dkt. No. 13);

WHEREAS, Plaintiff conferred with Defendant and agreed to withdraw Plaintiff's pending Motion for Class Certification; and

WHEREAS, the Parties respectfully request that the Court vacate the November 14, 2012 hearing as it is no longer necessary.

**NOW THEREFORE,** the Parties stipulate as follows:

1

2:12-cv-12831-GCS-RSW Doc # 14 Filed 09/11/12 Pg 2 of 2 Pg ID 128

1.      Plaintiff withdraws her pending motion for class certification; and

2.      The November 14, 2012 motion hearing is vacated.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 11, 2012

**Cindy Halaburda,** individually and on behalf of all other similarly situated,

By: /s/ Ari J. Scharg
One of Plaintiff's Attorneys

Chrstine E. Ficks
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Tel: (313) 393-7561
*cficks@bodmanlaw.com*

Ari J. Scharg
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
*ascharg@edelson.com*

*Counsel for Plaintiff Halaburda and the putative class*

Dated: September 11, 2012

**Bauer Publishing Co., LP**

By: /s/ Herschel P. Fink
One of Defendant's Attorneys

Herschel P. Fink
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue, Suite 2290
Detroit, Michigan 48226
Tel: (313) 465-7400
Fax: (313) 465-7401
*hfink@honigman.com*

*Counsel for Defendant Bauer Publishing Co., L.P.*