UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| CINDY HALABURDA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAUER PUBLISHING CO., LP, a Delaware partnership,<br><br>Defendant. | Case No. 12-12831<br><br>Hon. Thomas L. Ludington |

## ORDER ALLOWING PLAINTIFF TO WITHDRAW HER MOTIONS FOR CLASS CERTIFICATION

This matter coming before the Court on the Parties' Stipulations to Withdraw Plaintiff's Motions for Class Certification, and the Court being duly advised in the premises,

It is **ORDERED** that Plaintiff Halaburda's Motion for Class Certification, ECF No. 10, is **DEEMED WITHDRAWN**.

It is further **ORDERED** that former-Plaintiff Deborah Kinder's pending Motion for Class Certification, ECF No. 2, is **DENIED** as moot.

It is further **ORDERED** the November 14, 2012 motion hearing is **CANCELLED**.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: September 21, 2012

---

**PROOF OF SERVICE**
The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on September 21, 2012.
s/Tracy A. Jacobs
TRACY A. JACOBS