UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CINDY HALABURDA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAUER PUBLISHING CO., LP, a Delaware partnership,<br><br>Defendant. | Case No. 12-cv-12831<br><br>Hon. George C. Steeh<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for plaintiff Cindy Halaburda ("Plaintiff") and defendant Bauer Publishing Co., LP ("Defendant") as follows:

1. Plaintiff filed an amended complaint in this putative class action against Defendant on August 23, 2012 (the "Complaint").

2. Due to a family emergency, Defendant's counsel requires additional time to move, answer, or otherwise respond to the Complaint.

3. The Parties have agreed that, subject to Court approval, Defendant's time to move, answer, or otherwise respond to the Complaint be, and hereby is, extended to and including November 9, 2012.

2

4.     No hearings or conferences have yet been scheduled by the Court, and thus, this stipulation does not seek to alter any previously set dates.

Dated:  October 9, 2012

By: /s/ Ari J. Scharg

Ari J. Scharg
EDELSON MCGUIRE, LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
ascharg@edelson.com

Christine E. Ficks (P64625)
BODMAN PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan 48226
Tel: (313) 393-7561
cficks@bodmanlaw.com

*Counsel for Plaintiff Cindy Halaburda*

By: /s/ Herschel P. Fink

Herschel P. Fink (P13427)
Honigman Miller Schwartz and Cohn, LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI  48226
(313) 465-7400
hfink@honigman.com

Sharon L. Schneier
Collin J. Peng-Sue
DAVIS WRIGHT TREMAINE LLP
1633 Broadway – 27th Floor
New York, New York 10019
Telephone:    (212) 489-8230
Facsimile:     (212) 489-8340
sharonschneier@dwt.com
collinpengsue@dwt.com

*Attorneys for Defendant Bauer Publishing Co., LP*