UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CINDY HALABURDA, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BAUER PUBLISHING CO., LP, a Delaware partnership,<br><br>　　　　　　Defendant. | Case No. 2:12-cv-12831<br><br>Hon. George C. Steeh<br><br>**STIPULATION** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for plaintiff Cindy Halaburda ("Plaintiff") and defendant Bauer Publishing Co., LP ("Defendant") as follows:

1. Plaintiff filed an amended complaint in this putative class action against Defendant on August 23, 2012 (the "Complaint").

2. Defendant plans to move to dismiss Plaintiff's Complaint.

3. Accordingly, the parties have agreed to the following briefing schedule and extension of page limitations set forth in Local Rule 5.1, subject to this Court's approval:

　　a. The opening memorandum of law shall be no longer than 30 pages and submitted on or before December 3, 2012;

　　b. The opposition memorandum of law shall be no longer than 30 pages and submitted on or before January 18, 2013; and

　　c. The reply memorandum of law shall be no longer than 15 pages and submitted on or before February 8, 2013.

Dated:  November 20, 2012

/s/ with consent of Christine E. Ficks
Bodman PLC
6th Floor at Ford Field
1901 St. Antoine Street
Detroit, Michigan  48226
(313) 393-7561
cficks@bodmanlaw.com

/s/ Herschel P. Fink
Honigman Miller Schwartz and Cohn LLP
660 Woodward Avenue
2290 First National Building
Detroit, Michigan  48226
(313) 465-7400
P13427
hfink@honigman.com

/s/ with consent of Ari J. Scharg
Edelson McGuire, LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois  60654
(312) 589-6370
ascharg@edelson.com

/s/ with consent of Sharon L. Schneier
Davis Wright Tremaine LLP
1633 Broadway – 27th Floor
New York, New York  10019
(212) 489-8230
sharonschneier@dwt.com

*Attorneys for Plaintiff Cindy Halaburda*

*Attorneys for Defendant
  Bauer Publishing Co., LP*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2012, I electronically filed the foregoing paper with the Clerk of the Court via the ECF system, which shall send a notification of such filing to all counsel of record.

/s/ Herschel P. Fink
Honigman Miller Schwartz and Cohn LLP
Attorneys for Defendant
660 Woodward Avenue
2290 First National Building
Detroit, Michigan  48226
(313) 465-7400
P13427
hfink@honigman.com

11702008.1