UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CINDY HALABURDA, individually, and on behalf of all others similarly situated,<br><br>                            Plaintiff,<br><br>v.<br><br>BAUER PUBLISHING CO., LP, a Delaware partnership,<br><br>                    Defendant. | Case No. 12-cv-12831<br><br>Hon. George C. Steeh<br>Magistrate Judge R. Steven Whalen |

| | |
|---|---|
| Christine E. Ficks (P64625)<br>Bodman PLC<br>1901 St. Antoine Street<br>6th Floor<br>Detroit, MI 48226<br>(313) 259-7777<br>cficks@bodmanlaw.com<br><br>Ari J. Scharg<br>EDELSON MCGUIRE, LLC<br>350 N. LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: (312) 589-6370<br>Fax: (312) 589-6378<br>ascharg@edelson.com<br><br>*Attorneys for Plaintiff Cindy Halaburda* | Herschel P. Fink<br>Robert M. Jackson<br>Honigman Miller Schwartz and Cohn, LLP<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI 48226<br>(313) 465-7400<br>hfink@honigman.com<br>rjackson@honigman.com<br><br>Sharon L. Schneier<br>Collin J. Peng-Sue<br>DAVIS WRIGHT TREMAINE LLP<br>1633 Broadway – 27th Floor<br>New York, New York 10019<br>Telephone:    (212) 489-8230<br>Facsimile:    (212) 489-8340<br>sharonschneier@dwt.com<br>collinpengsue@dwt.com<br><br>*Attorneys for Defendant Bauer Publishing Co., LP* |

## APPEARANCE ON BEHALF OF DEFENDANT

**TO:    Clerk of the Court and Counsel of Record:**

Sharon L. Schneier of the law firm of Davis Wright Tremaine LLP files her Appearance

as attorney for Defendant in the above-captioned matter.

_____/s/_____

Sharon L. Schneier
DAVIS WRIGHT TREMAINE LLP
1633 Broadway – 27th Floor
New York, New York 10019
Telephone:    (212) 489-8230
Facsimile:    (212) 489-8340
sharonschneier@dwt.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 29, 2012, I electronically filed the foregoing paper with the Clerk of the Court via the ECF system, which shall send a notification of such filing to all counsel of record.

_____/s/_____

Sharon L. Schneier
DAVIS WRIGHT TREMAINE LLP
1633 Broadway – 27th Floor
New York, New York 10019
Telephone:      (212) 489-8230
Facsimile:       (212) 489-8340
sharonschneier@dwt.com