UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

CINDY HALABURDA, individually, and
on behalf of all others similarly situated,

        Plaintiff,

v.

BAUER PUBLISHING CO., LP, a
Delaware partnership,

        Defendant.
_____/

Case No. 12-cv-12831
Hon. George Caram Steeh
Magistrate Judge R. Steven Whalen

| | |
|---|---|
| Christine E. Ficks (P64625)<br>Bodman<br>Attorneys for Plaintiff<br>1901 St. Antoine Street<br>6th Floor<br>Detroit, MI  48226<br>(313) 259-7777<br>cficks@bodmanlaw.com | Herschel P. Fink (P13427)<br>Robert M. Jackson (P40723)<br>Arthur T. O'Reilly (P70406)<br>Honigman Miller Schwartz and Cohn, LLP<br>Attorneys for Defendant<br>660 Woodward Avenue<br>2290 First National Building<br>Detroit, MI  48226<br>(313) 465-7400<br>hfink@honigman.com |

_____/

## APPEARANCE

    Arthur T. O'Reilly of Honigman Miller Schwartz and Cohn LLP hereby enters his appearance on behalf of Defendant Bauer Publishing Co., LP in the above matter and requests copies of all papers filed in this case.

                              /s/ Arthur T. O'Reilly
                              Honigman Miller Schwartz and Cohn LLP
                              Attorneys for Defendant
                              660 Woodward Avenue
                              2290 First National Building
                              Detroit, Michigan 48226
                              (313) 465-7628
                              (P70406)
                              aoreilly@honigman.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2012, I electronically filed the foregoing Appearance with the Clerk of the Court via the ECF system, which shall send a notification of such filing to all counsel of record.

/s/ Arthur T. O'Reilly
Honigman Miller Schwartz and Cohn LLP
Attorneys for Defendant
660 Woodward Avenue
2290 First National Building
Detroit, Michigan 48226
(313) 465-7628
(P70406)
aoreilly@honigman.com

11748339.1