UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CINDY HALABURDA, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>BAUER PUBLISHING CO., LP, a Delaware partnership,<br><br>    Defendant. | Case No. 12-cv-12831<br><br>Hon. George C. Steeh<br>Magistrate Judge R. Steven Whalen |

**ORDER RE MOTION FOR EXTENSION**
**OF TIME AND PROPOSED BRIEFING SCHEDULE**

  IT IS HEREBY ORDERED THAT Defendant's time to answer, move or otherwise respond to the complaint is extended from November 26, 2012 to December 3, 2012;

  IT IS FURTHER ORDERED that the opening memorandum of law shall be no longer than 30 pages, and submitted on or before December 3, 2012; the opposition memorandum of law shall be no longer than 30 pages and submitted on or before January 18, 2013; and the reply memorandum of law shall be no longer than 15 pages and submitted on or before February 8, 2013.

SO ORDERED:

                s/George Caram Steeh
                United States District Judge

Dated:  December 3, 2012