UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CINDY HALABURDA, individually
and on behalf of all others similarly
situated,

    Plaintiff,

vs.             Case No. 12-CV-12831

BAUER PUBLISHING CO., LP, a  HON. GEORGE CARAM STEEH
Delaware partnership,

    Defendant.
_____/

DAVID GRENKE, individually and on
behalf of all others similarly situated,

    Plaintiff,

vs.             Case No. 12-CV-14221

             HON. GEORGE CARAM STEEH

HEARST COMMUNICATIONS, INC.,
a Delaware Corporation,

    Defendant
_____/

SUSAN FOX, individually and on behalf
of all others similarly situated,

    Plaintiff,

vs.             Case No. 12-CV-14390

             HON. GEORGE CARAM STEEH

TIME, INC., a Delaware Corporation,

    Defendant.
_____/

## NOTICE OF MOTION HEARING

### *NOTE:  Location*

The following motions have been filed: #12-12831 Defendant's Motion to Dismiss #29 filed 12/3/12; #12-14221 Defendant's Motion to Dismiss # 18 filed 12/3/12  and #12-14390 Defendant's Motion to Dismiss #22 filed 12/3/12.

Take notice that the motions are scheduled  for hearing before the **Honorable George Caram Steeh**:

### THURSDAY,  MARCH 21,  2013   @   10:30 A.M.

**UNIVERSITY OF MICHIGAN  LAW SCHOOL**
**HUTCHINS HALL**
**FIRST FLOOR - ROOM 100**
**625 SOUTH STATE STREET**
**ANN ARBOR, MICHIGAN**

Should counsel resolve the motion(s) prior to the hearing, the Court will expect the parties to submit the appropriate order prior to the date and time set for hearing.

February 5, 2013                                    DAVID J. WEAVER
                                                            CLERK OF COURT


                                                             s/Marcia Beauchemin
                                                            Case Manager
                                                            313-234-5175

To: Counsel of Record

-2-