## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CINDY HALABURDA, individually and on behalf of all others similarly situated, | Case No. 2:12-cv-12831-GCS-RSW |
| Plaintiff, | Hon. George Caram Steeh |
| v. | |
| BAUER PUBLISHING CO., LP, a Delaware Partnership, | |
| Defendant. | |
| DAVID GRENKE, individually and on behalf of all others similarly situated, | Case No. 2:12-cv-14221-GCS-MKM |
| Plaintiff, | Hon. George Caram Steeh |
| v. | |
| HEARST COMMUNICATIONS, INC., a Delaware Corporation, | |
| Defendant. | |
| SUSAN FOX, individually and on behalf of all others similarly situated, | Case No. 2:12-cv-14390-GCS-MKM |
| Plaintiff, | Hon. George Caram Steeh |
| v. | |
| TIME, INC., a Delaware Corporation, | |
| Defendant. | |

### STIPULATION TO EXTEND BRIEFING SCHEDULE

This Stipulation is entered into by and among Plaintiffs Cindy Halaburda, David Grenke, and Susan Fox ("Plaintiffs"), and Defendants Bauer Publishing Co., LP, Hearst Communications, Inc., and Time, Inc. (collectively "Defendants"), by and through their respective counsel.

1

WHEREAS, on August 22, 2013, Defendants filed their Motion for Amendment and Certification of Orders for Interlocutory Appeal and Stay Pending Appeal ("Motion") (Halaburda Dkt. 50; Grenke Dkt. 41; Fox Dkt. 46);

WHEREAS, pursuant to the Local Rules, Plaintiffs' deadline to file a Response in opposition to Defendants' Motion is September 5, 2013, and Defendants' deadline to file a Reply is September 12, 2013;

WHEREAS, Plaintiffs' response deadline falls on the holiday of Rosh Hashanah, which begins on the evening of September 4, 2013 and ends on the evening of September 6, 2013;

WHEREAS, given that Plaintiffs' counsel is observant of and will be travelling for the holiday, Plaintiffs' counsel has conferred with counsel for Defendants, and the Parties stipulate and agree, subject to Court approval, to extend Plaintiffs' deadline to file their Response in opposition to Defendants' Motion up to and included September 12, 2013, and extend Defendants' deadline to file their Reply in support of their Motion up to and including September 19, 2013; and

WHEREAS, this Stipulation is not brought for purposes of delay.

**NOW THEREFORE,** the Parties stipulate as follows:

1.      Plaintiffs' deadline to file their Response in opposition to Defendants' Motion for Amendment and Certification of Orders for Interlocutory Appeal and Stay Pending Appeal Motion shall be September 12, 2013; and

2.      Defendants' deadline to file their Reply in support of their Motion for Amendment and Certification of Orders for Interlocutory Appeal and Stay Pending Appeal shall be September 19, 2013.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 4, 2013 **Cindy Halaburda, David Grenke and Susan Fox,**
individually and on behalf of all others similarly situated,

By: /s/ Ari J. Scharg
One of Plaintiffs' Attorneys

Ari J. Scharg
J. Dominick Larry
EDELSON LLC
350 North LaSalle, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
ascharg@edelson.com
nlarry@edelson.com
*Counsel for Plaintiffs and the putative classes*

Brian C. Summerfield – P57514
BODMAN PLC
201 W. Big Beaver Road
Suite 500
Troy, Michigan 48084
Tel: (248) 743-6075
bsummerfield@bodmanlaw.com
*Counsel for Plaintiffs Cindy Halaburda, David Grenke, and the putative classes*

Henry M. Scharg – P28804
LAW OFFICE OF HENRY M. SCHARG
302 W. Main Street
Northville, Michigan 48167
Tel: (248) 596-1111
Fax: (248) 596-1578
hmsattyatlaw@aol.com
*Counsel for Plaintiff Susan Fox and the putative class*

Dated: September 4, 2013 **Bauer Publishing Co., LP, Hearst Communications, Inc., and Time, Inc.**

By: /s/ Sharon L. Schneier
One of Defendants' Attorneys

Sharon L. Schneier
Collin J. Peng-Sue
Davis Wright Tremaine LLP

3

        1633 Broadway – 27th Floor
        New York, New York 10019
        Tel: (212) 489-8230
        Fax: (212) 489-8340
        sharonschneier@dwt.com
        collinpengsue@dwt.com

        Robert M. Jackson – P40732
        Arthur T. O'Reilly – P70406
        HONIGMAN MILLER SCHWARTZ AND COHN LLP
        660 Woodward Avenue, Suite 2290
        Detroit, Michigan 48226
        Tel: (313) 465-7400
        Fax: (313) 465-7401
        rjackson@honigman.com
        aoreilly@honigman.com

        *Counsel for Defendants Bauer Publishing Co., LP, Hearst Communications, Inc., and Time, Inc.*

        s/George Caram Steeh
        United States District Judge

Dated:  September 4, 2013