UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Deborah Kinder, et al.,

        Plaintiff(s),

v.              Case No. 2:12−cv−12831−GCS−RSW
                 Hon. George Caram Steeh

Bauer Publishing Co., LP,

        Defendant(s),
_____

### NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge George Caram Steeh at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 236. The following motion(s) are scheduled for hearing:

Motion for Attorney Fees − #64

- RESPONSE DUE:  December 8, 2014
- REPLY DUE:  December 29, 2014
- MOTION HEARING:  February 11, 2015 at 02:30 PM

**ADDITIONAL INFORMATION:**   Courtesy copies required if pleading exceeds 20 pages

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

              By: s/M. Beauchemin
                 Case Manager

Dated:  November 26, 2014